### STARR *v.* BROWN, ADM'R.

From the Henry Common Pleas.

*W. A. Bickle, J. T. Elliott* and *W. H. Elliott,* for appellant.

*Brown & Brown,* for appellee.

BIDDLE, C. J.—The appellant filed his claim against the appellee, who was administrator of the estate of Jacob Lea-

ney, for services rendered to the deceased, and money paid on his behalf in his lifetime.

Issue, trial by the court, and finding for appellee.

The only question raised is the sufficiency of the evidence to sustain the finding.

We have read the evidence carefully, and concur with the court below.

The judgment is affirmed, with costs.